**STATE OF MONTANA,**
    **Plaintiff,**                              **No. DC-2003-28**
**vs.**                                          **Amended Judgment**
**WALLACE T. WAKAN,**                            **and Commitment**
    **Defendant.**

**WALLACE WAKAN,**          **Correct Decision**
**Defendant.**

The first paragraph of the November 14, 2005 Decision of the Sentence Review Division states the following: "On February 3, 2004, the defendant was sentenced to Twenty (20) years in the Montana State Prison, with no time suspended, for violation of the conditions of a deferred sentence, for the offense of Robbery, a felony".

The February 3, 2004 Sentencing Order sentenced the defendant to Twenty (20) years in the Montana State Prison, with no time suspended, for violation of the conditions of a deferred sentence, for the offense of BURGLARY, a felony.

**NOW, THEREFORE, IT IS ORDERED** that the first paragraph of the Decision of the Sentence Review Division dated November 14, 2005, **SHALL READ** as follows:

On February 3, 2004, the defendant was sentenced to Twenty (20) years in the Montana State Prison, with no time suspended, for violation of the conditions of a deferred sentence, for the offense of Burglary, a felony.

DATED this 5th day of December, 2005.

Chairperson, Hon. Gary L. Day.